BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8926
    Facsimile:  (415) 744-0134
    E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| TERESA GILBERT,<br>    Plaintiff,<br>v.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant. | Case No. 2:11-CV-00039-DAD<br><br>STIPULATION AND ORDER<br>FOR EXTENSION OF TIME FOR DEFENDANT<br>TO ANSWER OR OTHERWISE RESPOND TO<br>PLAINTIFF'S COMPLAINT |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that the Commissioner shall have a 60-day extension of time in which to answer or otherwise respond to Plaintiff's Complaint. The extension is requested because meaningful review of this case is not possible, as the recordings of Plaintiff's hearings, held on April 4, 2007 and August 6, 2008, cannot be located. The Commissioner is continuing to search for the recordings and the parties agree that seeking an extension is the best procedural option at this time.

Stip. & Prop. Order for Extension         1

The Commissioner's answer to Plaintiff's Complaint was due January 4, 2012; it will now be due on March 5, 2012 (day 60 falls on a weekend).

Respectfully submitted,

Dated: January 4, 2012         */s/ Joseph Clayton Fraulob*
(As authorized via email)
JOSEPH CLAYTON FRAULOB
Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney

Date: January 4, 2012         By *s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U. S. Attorney

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: January 6, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.soc sec
gilbert0039.stipord.eot

Stip. & Prop. Order for Extension         2