BENJAMIN WAGNER CSBN 163581
United States Attorney
DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH BARRY CSBN 203314
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    E-Mail: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**SACRAMENTO DIVISION**

| | |
|---|---|
| TERESA GILBERT, ) | Case No. 2:11-CV-00039-DAD |
|     Plaintiff, ) | |
| v. ) | |
| ) | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, ) | FOR REMAND PURSUANT TO |
| Commissioner of Social Security, ) | SENTENCE SIX OF 42 U.S.C. § 405(g) |
|     Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence six.

Stip. & Order for Remand                  1

Meaningful review of this case is not possible because the recordings of Plaintiff's hearings, held on April 4, 2007 and August 6, 2008, cannot be located. Upon receipt of the court's order, the Appeals Council will remand the case for a *de novo* hearing.

                                      Respectfully submitted,

Dated: March 12, 2012                  */s/ Joseph Clayton Fraulob*
                                      (As authorized via email)
                                      JOSEPH CLAYTON FRAULOB
                                      Attorney for Plaintiff


                                      BENJAMIN B. WAGNER
                                      United States Attorney

Dated: March 12, 2012                  By *s/ Elizabeth Barry*
                                      ELIZABETH BARRY
                                      Special Assistant U. S. Attorney


                                      <u>ORDER</u>

APPROVED AND SO ORDERED:

DATED: March 13, 2012.

                                      */s/ Dale A. Drozd*
                                      DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.soc sec\gilbert0039.stipord.remand.wpd

Stip. & Order for Remand                      2