1  HADLEY & FRAULOB
   A Professional Law Corporation
2  230 Fifth Street
   Marysville, CA 95901
3  (916) 743-4458
   FAX (530) 743-5008
4

5  JOSEPH C. FRAULOB – CA State Bar #194355
   Attorney For Plaintiff
6

7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11
   TERESA GILBERT,
12
           Plaintiff,                          No. 2:11-cv-00039-DAD
13
       vs.
14                                             STIPULATION AND ORDER TO REOPEN
                                               CASE FOR ENTRY OF JUDGMENT
15 CAROLYN COLVIN,

16 Commissioner of Social Security,

17         Defendant

18      Pursuant to the Court's March 12, 2012 order of remand, the above-captioned case was

19 remanded to defendant Commissioner of Social Security for further administrative proceedings,

20 pursuant to sentence six of 42 U.S.C. § 405(g). Administrative proceedings have now been

21 completed, with a decision partially favorable to the plaintiff issued on May 20, 2013.

22      The parties therefore hereby stipulate that the case may be reopened for the purpose of

23 thereafter having judgment entered for the plaintiff. Reopening rather than the filing of a new

24 case is appropriate.

25
            "'[A] sentence six remand, because of clear language in the social security statute,
26          implies and necessarily involves a reservation of jurisdiction for the future and
            contemplates further proceedings in the district court and a final judgment at the
27          conclusion thereof. <u>A sentence six remand judgment ... is therefore always
            interlocutory and never a 'final" judgment</u>.'"
28

Carrol v. Sullivan, 802 F. Supp. 295, 300 (C.D. Cal. 1992) (Baird, D.J.) (paraphrasing and quoting from Melkonyan v. Sullivan, 501 U.S. 89, 101-03 (1991)).

Thus, in a sentence six remand case, the Court retains jurisdiction following the remand of a Social Security cases remanded under 42 U.S.C. § 405(g), sentence six, and where the final administrative decision is favorable to one party or the other, the Commissioner is to return to Court following completion of the administrative proceedings on remand so that the Court may enter a final judgment, in this case for Plaintiff.  See Melkonyan, 501 U.S. at 102; see also Shalala v. Schaefer, 509 U.S. 292, 298-300 (1993) (discussing and construing Melkonyan and distinctions between sentence four and sentence six remands).

It is therefore appropriate to reopen this case in order to resolve the Court's sentence six jurisdiction and the parties stipulate that the Court should do so.  Plaintiff is lodging a proposed order and judgment concurrent with the filing of this stipulation.

DATE:  March 18, 2015          By /s/ Joseph Clayton Fraulob
                               JOSEPH CLAYTON FRAULOB
                               Attorney for plaintiff


DATE: March 18, 2015           BENJAMIN B. WAGNER
                               United States Attorney

                               By /s/ Theophous H. Reagans
                               (As authorized via email)
                               THEOPHOUS H. REAGANS
                               Special Assistant United States Attorney

ORDER

Pursuant to the parties' stipulation, IT IS ORDERED that:

1. This action is re-opened;
2. Judgement is entered for the plaintiff; and
3. This action is closed.

Dated: June 16, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
gilbert0039.stip.reopen.ord.doc